## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ALEXA HIRAMITSU,<br><br>Plaintiff,<br><br>v.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., KEVIN P. CHILTON, THOMAS A. CORCORAN, EILEEN P. DRAKE, JAMES R. HENDERSON, WARREN G. LICHTENSTEIN, LANCE W. LORD, AUDREY A. MCNIFF, and MARTIN TURCHIN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No. 1:21-cv-00123-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action").  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 10, 2021

**RIGRODSKY LAW, P.A.**

By:  _/s/ Gina M. Serra_
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*